# Exhibit A



**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800. www.nyccfb.info candidateservices@nyccfb.info

# CANDIDATE IDENTITY VERIFICATION - PARTICIPANT

| CANDIDATE NAME (LAST) Adams | FIRST Eric | M.I. L |
|---|---|---|
| COMMITTEE NAME Eric Adams 2025 | ELECTION CYCLE ☐ 2023 ☒ 2025 ☐ OTHER _____ | |

**The committee candidate must read and initial each clause and sign the Verification. Your signature must be notarized.**

| | |
|---|---|
| I hereby verify that the information in this registration is true and complete to the best of my knowledge, information, and belief. I understand that knowingly making a false written statement is a Class A misdemeanor pursuant to New York State Penal Law Section 210.45. I further understand that knowingly offering false written information with the belief that it will become part of the records of a public office and with intent to defraud is a Class E felony pursuant to New York State Penal Law Section 175.35. | *EA* <br> Initial Here |
| I understand that I am responsible for reading, understanding, and complying with §§ 1052 and 1053 of Chapter 46 of the New York City Charter (the "Charter"); Title 3, Chapter 7 of the New York City Administrative Code (the "New York City Campaign Finance Act" or the "Act"), and Title 52 of the Rules of the City of New York, (the "Campaign Finance Board Rules" or the "Rules". | *EA* <br> Initial Here |
| I understand that my affirming and accepting this registration is a condition for qualifying for participation in the matching funds program (the "Program") and to receive public funds in the election(s) that this registration covers and that I must satisfy the other conditions specified in the Act and Rules before I may receive public funds. | *EA* <br> Initial Here |
| I hereby designate the authorized committee identified in this registration as my sole committee (the "Principal Committee") for the election(s) that this registration covers. I hereby verify that the Principal Committee (i) is the only committee I have authorized to aid or otherwise take part in the election(s) that this registration covers; (ii) is not an authorized committee of any other candidate; and (iii) has not been, is not, and will not be, authorized or otherwise active for any elections other than the election(s) covered by this registration. | *EA* <br> Initial Here |
| I understand that the use of an entity other than the Principal Committee to aid or otherwise take part in the election(s) that this registration covers is a violation of the Act and will trigger the application to such entity of all provisions of the Act and Rules governing principal committees. | *EA* <br> Initial Here |

1

| | |
|---|---|
| I understand that I am responsible for my campaign's compliance with the Charter, the Act, and the Rules. I further understand that I, my treasurer ("the Treasurer"), and the Principal Committee, and any of my agents, must comply with the Charter, the Act, and the Rules, including any amendments thereto adopted after the date of my signature below, regardless of whether my name appears on the ballot, I meet the threshold for public funds eligibility or accept public funds. | *EA* <br> Initial Here |
| I understand that to be eligible to receive an optional early public funds payment, I must select an office sought in the Office Sought section of this registration and meet, or attempt to meet, all of the requirements of the New York State Election Law to have my name on the ballot(s) for the election(s) that this registration covers. I understand that if the Principal Committee receives an early public funds payment, but I fail to meet the New York State Election Law requirements to have my name on the ballot, I must submit documentation to the Campaign Finance Board ("CFB" or the "Board") demonstrating my attempts to meet those requirements. I understand that if the Board determines that I failed to attempt to meet those requirements, failed to actively campaign for a covered office, or was otherwise ineligible to receive public funds, the CFB may recover, in whole or in part, any early public funds payment the Principal Committee received. | *EA* <br> Initial Here |
| I understand that violations of the Act include, but are not limited to: (i) accepting any contribution in excess of the applicable contribution limit set forth in the Charter, the Act, and the Rules; (ii) making expenditures in excess of the applicable expenditure limit set forth in § 3-706(1) of the Act; and (iii) accepting any contribution, directly or indirectly, from any political committee that is not registered with the CFB or from any corporation, partnership, or limited liability partnership or limited liability company. I further understand that the Principal Committee must immediately return any prohibited or over-the-limit contributions it receives or has received. | *EA* <br> Initial Here |
| I understand that the Board may assess penalties of up to $10,000 per violation of the Charter, the Act, or the Rules, and penalties in excess of $10,000 for violating the expenditure limit and for failing to provide a response to the draft audit report, as provided in § 3-711(2) of the Act. I further understand that the Board may hold me, along with the Treasurer, the Principal Committee, and any of my agents, jointly and severally liable for payment of such penalties. I further understand that the Board may assess penalties for violations that occurred prior to the date of my signature below against me, the Treasurer, the Principal Committee, and any of my agents. | *EA* <br> Initial Here |
| I understand that, pursuant to Rule 3-01(e), the submission of fraudulent matchable contribution claims, cooperation in alleged independent expenditures, furnishing false information to the CFB, the use of public funds to make fraudulent campaign expenditures, and other serious violations of the Act and Rules constitute a fundamental breach of the obligations I have affirmed and accepted in this registration. I further understand that in the event of a fundamental breach, the Board may assess penalties against me, the Treasurer, and the Principal Committee, and any of my agents, and I shall be ineligible to receive additional public funds and shall be required to return all public funds previously received. | *EA* <br> Initial Here |

2

| | |
|---|---|
| I understand that the Board may determine that the Principal Committee and I must return public funds pursuant to § 3-710(2) of the Act. I understand that the Principal Committee may only spend public funds on "qualified campaign expenditures," that the Board may hold the Principal Committee and me jointly and severally liable for repaying to the Board any public funds not used for qualified campaign expenditures or used for purposes which are illegal, improper, or not in furtherance of my nomination or election. I further understand that my campaign must follow published CFB guidelines and procedures, employ trained staff, and implement standard financial controls and procedures. | *EA* <br> Initial Here |
| I understand that my home and email addresses, the Treasurer's home and email addresses, and the Principal Committee address and email address, as provided in this registration, are addresses to which legal notices, including correspondence and legal papers, may be sent. I further understand that I am required to promptly notify the CFB, in writing, of any changes to these addresses. | *EA* <br> Initial Here |
| I understand that by providing a voided check with this registration, I am authorizing the CFB to deposit any public funds payments my campaign is eligible to receive directly into the checking account indicated in this registration. I also grant authorization to the CFB for the full or partial reversal of any deposits to this account in the event that the deposit was made in error. | *EA* <br> Initial Here |
| I understand that the CFB will issue usernames and passwords to the Treasurer and me to submit electronic disclosure statements and that only the Treasurer and I may complete the disclosure statement process and submit disclosure statements to the CFB. I further understand that the CFB will give the Treasurer and me a single encryption key to access campaign data entered electronically. I understand that I will not be able to access the campaign's financial data without the encryption key because it is kept in encrypted form. I further understand that, although the Treasurer or I may change the initial encryption key provided by the CFB, if the Treasurer or I later lose that modified encryption key, we will be unable to access any data previously entered, and the CFB will not be able to recover the modified encryption key or any of the campaign's data. | *EA* <br> Initial Here |
| I verify that the information contained in this document is true and complete to the best of my knowledge and belief. I understand that intentionally or knowingly making a false statement, including, but not limited to, in the form of an electronic submission, is a Class A misdemeanor pursuant to New York State Penal Law § 210.45 and may result in civil penalties pursuant to § 3-711(3) of the Act. | *EA* <br> Initial Here |
| I understand that knowingly offering false written information to the CFB, including, but not limited to, in the form of an electronic submission, with the belief that it will become part of the records of a public office and with the intent to defraud, is a Class E felony pursuant to New York State Penal Law § 175.35. | *EA* <br> Initial Here |

**SWORN TO BEFORE ME THIS**

_____3rd_____ day of

___January___, 20_25_

_Susan E. Gembler_
NOTARY PUBLIC State of New York
Qualified in New York County
Reg. No. 01GE6164360
Commission Expires 4/16/2027

_____
CANDIDATE SIGNATURE

3