# Exhibit C



New York City Campaign Finance Board
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn Smalls
Members

Paul Seamus Ryan
Executive Director

April 11, 2025
By CFB Portal

Vito Pitta
Eric Adams 2021
Eric Adams 2025

Dear Vito Pitta:

The Campaign Finance Board (CFB) requires information from the 2021 and 2025 campaigns of Eric Adams (the 2021 Campaign and 2025 Campaign; collectively the Campaigns). As you are counsel to both campaigns, we are making a single request and sending it to both Portal accounts. Please respond jointly or individually as you prefer. A response is required by May 2, 2025.

CFB staff is reviewing the public funds eligibility of the Eric Adams 2025 Campaign. The CFB has reason to believe that the Campaigns committed violations of various federal statutes, Campaign Finance Act provisions, and Board Rules and other laws. In connection with the Board's consideration of this issue, please provide the documents listed below.

Regarding an alleged 2021 Campaign office in the New World Mall and/or elsewhere in Flushing used by Winnie Greco, Tian Ji Li and/or other representatives of the 2021 Campaign:
- Documents associated with the office(s), including any lease, invoices, receipt of payment, and any expenditures related to the operation of the office(s).
- All communications relating to the use of the space, including but not limited to all communications to or from Winnie Greco, Tian Ji Li and/or other representatives of the 2021 Campaign and any owner, operator, or employee of New World Mall.

Regarding the August 8, 2021, fundraising event at or near Lian Wu Shao's home reported by the 2021 Campaign:
- All documentation and communications related to contributions and/or expenditures associated with the fundraiser.
- All communications to or from the Candidate or any other representatives of the Campaign with Lian Wu Shao.

Regarding contributions associated with the October 10, 2019 fundraising event at Affable Eatery Inc/Phoenix Grand Restaurant reported by the 2021 Campaign:
- All documentation and communications related to contributions associated with the fundraiser.
- All communications to or from the Candidate or any other representatives of the Campaign with Hai Mo Zhong or any owner, operator, or employee of AC & Appliances Center, Affable Eatery, and/or Phoenix Grand Restaurant.

Regarding the April 18 and June 18, 2021 fundraising events held at Royal Queen reported by the 2021 Campaign:
- All documentation and communications related to contributions associated with either or both fundraisers.
- All campaign communications to or from any Campaign staff and/or volunteers with any owner, operator, or employee of Royal Queen, New World Mall, Renhe Market and/or Jmart.

Regarding contributions associated with fundraisers hosted by Weihong Hu, Xiaozhuang Ge and/or Lan Mei for the Campaigns:
- Any and all documentation and communications related to fundraising events hosted by Hu, Ge or Mei, including all communications to or from the Candidate or any other representatives of the Campaign with Hu, Ge or Mei relating to fundraising. These documents and communications should include, but are not limited to fundraisers:
  - held on or about June 3, 2021;
  - held in or about September 2021;
  - held on or about June 9, 2023 at Hudson Yards
  - held at any property owned by Hu.
- All documentation and communications related to contributions solicited, intermediated and/or delivered by Ge, Hu, Mei, and/or any owner and/or employee of Wyndham Garden Hotel in Fresh Meadows, Queens.

Regarding any contributions solicited, intermediated, and/or delivered by Hui Qin:
- All documentation and communications related to contributions solicited, intermediated, and/or delivered by Hui Qin, including information on any reimbursements.
- All documentation and communication related to contributions made by Hui Qin or Duo Liu, including information on any reimbursements.
- All documentation and communication related to contributions made by Jonathan Chau, including information on any reimbursements.

Regarding any contributions solicited, intermediated, and/or delivered by owners and/or employees of SB HVAC Services Corporation:
- All documentation and communications related to contributions solicited, intermediated and/or delivered by Hung Yau, and any other owner and/or employee of SB HVAC Services Corporation.
- All campaign communications to or from the Candidate or any other representatives of the Campaign with Hung Yau, and any other owner and/or employee of SB HVAC Services Corporation.

Please submit this information by Friday, May 2, 2025 via email to me at jschaffer@nyccfb.info. Failure to respond timely or adequately may result in ineligibility for public funds payments.

As you are aware, campaigns are required to maintain and provide records to the CFB per both the Campaign Finance Act and Board Rules. If you have any questions about this request, please contact me. Thank you.

Sincerely,

Jesse Schaffer
Director of Special Compliance