# Exhibit D



# PITTA LLP
Attorneys at law

120 Broadway, 28th Floor
New York, New York 10271
Tel: (212) 652-3890
Facsimile: (212) 652-3891

**Ardian Tagani**
**Associate**
Direct Dial: (212) 652-3895
ArdianTagani@PittaLaw.com

May 16, 2025

**VIA ELECTRONIC MAIL**
Jesse Schaffer
Director of Special Compliance
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, NY 10007

      RE: Eric Adams 2021 & Eric Adams 2025 April 11th Documentation Request

Dear Mr. Schaffer:

      This firm is counsel to Eric Adams 2021 ("the 2021 Committee") and Eric Adams 2025 ("the 2025 Committee") (collectively "the Committees"). Please accept this letter as a response to the New York City Campaign Finance Board's ("CFB") April 11, 2025 request for documentation.

      The Committees have reviewed their records and have found no documentation responsive to the request that has not already been submitted to the CFB via the C-SMART system. Additionally, in preparing this response to the request for documentation, Counsel to the Committees identified past and current employees, consultants, and agents of the Committees who potentially could be in possession of documentation responsive to the CFB's request and on multiple occasions contacted the same to request the production of any such responsive documentation. None of these individuals have produced any relevant documentation, which have not previously been provided to the CFB by the Committees.

      Regarding the purported 2021 Committee campaign office in Flushing, Queens, the 2021 Committee has reported a lease with Northern Star Management for the operation of an office at 36-35 Main Street, Flushing, NY 11354 for a portion of June 2021. A copy of the associated lease was uploaded under Transaction ID 46212.

      Regarding the fundraiser held on August 8, 2021, the Committees are not in possession of any communications related to the event, including those to or from Lian Wu Shao.

Regarding the fundraiser held on October 10, 2019, the Committees are not in possession of any communications related to the event, including those to or from Hai Mo Zhong, or any owner, operator, or employee of AC & Appliances Center, Affable Eatery, or Phoenix Grand Restaurant.

Regarding the April 18 and June 18, 2021 fundraisers, the Committees are not in possession of any communications related to the events, including those to or from any owner, operator, or employee of Royal Queen, New World Mall, Renhe Market, or JMart.

Regarding Weihong Hu, Xiaoxhuang Ge, and Lan Me, and fundraisers on June 3, 2021, September 2021, June 9, 2023, the Committees are not in possession of any requested documentation or communications to or from the above-mentioned individuals or any owner or employee of the Wyndham Garden Hotel in Fresh Meadows.

Regarding Hui Qin, the 2021 Committee previously disclosed a contribution from Mr. Qin, with documentation, under Transaction ID 31724. The 2021 Committee disclosed a contribution from Mr. Liu, with documentation, under Transaction ID 31122. The 2021 Committee also disclosed a contribution from Mr. Chau, with documentation, under Transaction ID 62266. The Committees are not in possession of any other documentation or communications related to contributions solicited, intermediated, or delivered by Qin, Duo Liu, or Jonathan Chau.

Regarding the SB HVAC Services Corporation, the Committees are not in possession of any documentation or communications related to contributions solicited, intermediated, or delivered by Hung Yao, or any other owner or employee of SB HVAC Services, except for the contributions made by Mr. Yao himself. These were previously disclosed under Transaction IDs 84075, 84077, and 84079.

Sincerely

Ardian Tagani, Esq.

Cc: Samantha Perez, Deputy Director of Candidate Services
Hon. Eric L. Adams
Sharon Adams
Vito R. Pitta, Esq.