# Exhibit E

# PITTA LLP

Attorneys at Law

120 Broadway
28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Vito R. Pitta**
**Co-Managing Partner**
Direct Dial: (212) 652-3881
VRPitta@PittaLaw.com

July 1, 2025

<u>**VIA ELECTRONIC MAIL**</u>
Jesse Schaffer
Director of Special Compliance
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, NY 10007

**Re: Eric Adams 2025 Denial of Public Funds**

Dear Mr. Schaffer:

      This firm is counsel to Eric Adams 2021 ("the 2021 Committee") and to Eric Adams 2025 ("the 2025 Committee") (jointly "the Committees"). I write to request that the Campaign Finance Board ("CFB") withdraw its June 16, 2025 letter requesting additional documents with respect to the Committees' fundraising during the 2021 and 2025 citywide election cycles. The letter is a blatant attempt to create a pretext for denying public funds once again for failure to comply with a request from the CFB after the denial on the basis of the now-dismissed indictment of Mayor Adams was set aside by the United States District Court.

      The indictment contains no factual allegations which would support the CFB's conclusion that either Mayor Adams or anyone else now involved in the Committees has violated any campaign finance law. The indictment mentions only $51,500 in allegedly illegal contributions to the 2021 Committee, of which the 2021 Committee had refunded $17,300 before the indictment, and another $6,300 in allegedly illegal contributions to the 2025 Committee. The match claims associated with such contributions (not all of which were eligible for matching), if accepted, would have resulted in approximately $40,000 of public funds to the 2021 Committee, less than 0.4% percent of the $10,135,914 in total public funds received by the 2021 Committee, and approximately $6,000 in public funds to the 2025 committee, which is 0.1% of the

$4,686,512 in public funds the CFB has determined are preliminarily valid but nonetheless has denied the 2025 Committee.

As you know, the CFB staff decided in November 2024, and the CFB Board decided in December 2024, to deny campaign matching funds to the 2025 Committee because the indictment, in its view, gave "reason to believe" that Mayor Adams had committed campaign finance violations and therefore, under a rule the CFB created without authority to do so, justified denying campaign matching funds to the Adams Campaign.

After reaching that conclusion, and during the pendency of the Government's case against Mayor Adams, the CFB made a request for documents to justify its conclusion. Although the Committees could not respond to that document request while the case was proceeding, they responded as soon as the indictment was dismissed; however, the CFB refused to consider that response, even though it had the response for nearly a month before making a final decision. Now that the 2025 Committee is in federal court seeking to set aside the CFB's decision to deny public funds because it is illegal, arbitrary, capricious, and in violation of the constitutional rights of the 2025 Committee and its supporters, the CFB is once again demanding information, this time in an eight-page, single-spaced letter that, if you count all of the subparts, requires the Committees to provide documents regarding 60 discrete items of information by July 11, 2025. The letter is obviously intended to harass the Committees and create a false basis for denying public funds on the ground that the Committees have not responded to a request by the CFB for information.

We hope that you will reconsider the wisdom of your letter. If you refuse to withdraw the letter, however, the 2025 Committee will likely raise it in the pending litigation as further proof of the CFB's intent to deny public funds without regard to the facts.

Sincerely,

Vito R. Pitta, Esq.