# Exhibit F

Select Language ▼ | About the CFB | News & Media | CFB Portal | IEDS | CFB System Notices | CFB Accessibility



# NYC Campaign Finance Board Approves Pre-Primary Matching Funds Payments to 2025 Candidates

05/12/2025

**May 12, 2025** –Today, the NYC Campaign Finance Board (CFB) voted to approve public matching funds payments for the June primaries totaling **$4,402,799 to 28 candidates** for the 2025 elections. This payment is the sixth payment of the 2025 election cycle. Today's payment determinations were based on corrections made to disclosure statement #8. Payments based on disclosure statement #9 will be made later this month.

In today's meeting the Board also voted on post-election public funds payments to 2 candidates in a 2025 special election and non-payment determinations for participating candidates who have not yet demonstrated eligibility to receive a public funds payment, as of today's meeting. Candidates not receiving public funds in today's payment can demonstrate their eligibility for a future payment. After today, there are two additional payment dates before the primary election in June 2025, and five payment dates before the general election in November 2025. Lastly, the Board ratified the Chair's decision to deny a 7-09 petition from the Eric Adams 2025 campaign, after they appealed the Board's April 15th no-pay decision.

The Board made a brief statement regarding today's payment to the Andrew Cuomo 2025 campaign:

"Based on the preliminary results of our investigation, the Board has reason to believe Fix the City's $622,056 expenditure for an ad distributed on May 4, 2025 was not independent of the Cuomo campaign. CFB rules state that the Board may determine an expenditure was not independent if the 'entity making the expenditure has utilized strategic information or data…. [that] has been made publicly available by the candidate in a manner which the candidate … knew or should have known would facilitate such utilization' — a practice known as 'redboxing'. Expenditures coordinated with a campaign are considered in-kind contributions that undercut New York City's strict spending and contribution limits, which are in place to ensure voters, not big money, decide elections," **said Board Member Richard Davis.** "When there is reason to believe a candidate has received an impermissible contribution, the Board may withhold the amount of that contribution from a public funds payment. As such, the Board will withhold public funds in the amount of the expenditure, $622,056. The Board's investigation into this matter is ongoing, and we will continue to evaluate the issue of improper coordination. This amount also counts towards the campaign's spending limit for the June primary."

New York City's matching funds program eliminates barriers to participation by providing access to resources New Yorkers in every community can use to run for office. The candidates receiving payment today have met all the requirements of the Campaign Finance Act and Board Rules, have at least one opponent, and achieved a threshold level of public support by raising small-dollar contributions from the city residents they are seeking to represent.

Please visit the CFB website to find information on the two-part threshold candidates must meet to qualify for public funds, as well as additional information on the legal requirements to qualify for public funds.

The table below lists all candidates who have received a public funds pre-primary payment for the 2025 and a post-election public funds payment for the 2025B election.

**2025 PUBLIC FUNDS PRE-PRIMARY PAYMENTS CHART**

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| Cuomo, Andrew * | Mayor | $1,509,185 | $1,509,185 | $1,516,744 | 67.20% | 66.20% |
| Lander, Brad | Mayor | $1,095 | $4,587,253 | $1,411,605 | 92.40% | 81.80% |
| Mamdani, Zohran * † | Mayor | $0 | $6,692,320 | $1,484,231 | 79.50% | 95.90% |
| Myrie, Zellnor * | Mayor | $9,865 | $2,777,739 | $780,460 | 88.90% | 87.40% |
| Stringer, Scott | Mayor | $0 | $3,577,441 | $972,327 | 90.40% | 86.90% |
| Tilson, Whitney * | Mayor | $1,998,644 | $1,998,644 | $717,285 | 64.50% | 84.40% |
| Walden, James * | Mayor | $0 | $1,903,504 | $897,206 | 75.10% | 76.00% |

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| Rajkumar, Jenifer | Public Advocate | $4,683 | $1,265,258 | $440,874 | 74.60% | 83.10% |
| Williams, Jumaane | Public Advocate | $0 | $1,084,736 | $336,349 | 72.70% | 87.80% |
| Brannan, Justin | Comptroller | $0 | $1,673,772 | $583,787 | 91.20% | 79.60% |
| Levine, Mark | Comptroller | $0 | $2,716,159 | $1,005,189 | 81.50% | 77.40% |
| Hoylman-Sigal, Brad | Manhattan Borough President | $3,154 | $803,497 | $304,533 | 84.10% | 70.50% |
| Powers, Keith | Manhattan Borough President | $0 | $768,525 | $335,727 | 62.20% | 64.20% |
| Sun, Calvin * | Manhattan Borough President | $0 | $374,475 | $120,324 | 70.60% | 70.70% |
| Gibson, Vanessa | Bronx Borough President | $11,552 | $471,685 | $320,593 | 55.00% | 64.20% |
| Salamanca, Rafael | Bronx Borough President | $0 | $287,128 | $247,465 | 44.60% | 55.50% |
| Edwards, Khari | Brooklyn Borough President | $0 | $542,260 | $155,517 | 65.00% | 74.50% |
| Reynoso, Antonio | Brooklyn Borough | $19,000 | $643,714 | $313,401 | 63.00% | 64.20% |

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| | President | | | | | |
| Colombo, Michael * | Staten Island Borough President | $0 | $97,061 | $21,064 | 69.10% | 92.00% |
| Coleman, Jess * | City Council (District 01) | $0 | $191,452 | $51,173 | 30.20% | 83.40% |
| Marte, Christopher † | City Council (District 01) | $0 | $192,534 | $74,631 | 38.00% | 85.00% |
| Qiu, Helen | City Council (District 01) | $0 | $44,620 | $9,086 | 51.90% | 97.10% |
| Yu, Eric * | City Council (District 01) | $4,636 | $43,016 | $9,920 | 69.50% | 92.70% |
| Batchu, Sarah * † | City Council (District 02) | $0 | $192,534 | $82,328 | 28.10% | 80.80% |
| Epstein, Harvey * † | City Council (District 02) | $0 | $192,534 | $75,820 | 45.20% | 85.90% |
| Gordillo, Andrea * † | City Council (District 02) | $0 | $192,534 | $73,057 | 20.60% | 84.60% |
| Ryan, Allie | City Council (District 02) | $0 | $56,916 | $9,480 | 56.10% | 93.90% |

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| Weiner, Anthony | City Council (District 02) | $418 | $141,778 | $33,255 | 41.80% | 84.30% |
| Bottcher, Erik | City Council (District 03) | $47,013 | $47,013 | $103,887 | 53.50% | 69.70% |
| Aronson, Vanessa † | City Council (District 04) | $0 | $192,534 | $74,614 | 38.00% | 72.60% |
| Bondy, Faith  * | City Council (District 04) | $0 | $190,410 | $59,331 | 58.50% | 64.00% |
| Maloney, Virginia  * † | City Council (District 04) | $0 | $192,534 | $108,899 | 24.60% | 74.20% |
| Wetzler, Benjamin  * | City Council (District 04) | $0 | $192,534 | $63,833 | 27.20% | 78.50% |
| Abreu, Shaun | City Council (District 07) | $0 | $192,296 | $98,394 | 49.60% | 75.40% |
| Okporo, Edafe  * | City Council (District 07) | $242 | $179,328 | $39,892 | 31.80% | 93.00% |
| Alayeto, Clarisa  * | City Council (District 08) | $0 | $110,610 | $32,014 | 29.70% | 92.70% |
| Encarnacion, Elsie  * | City Council | $0 | $167,831 | $49,693 | 36.10% | 78.40% |

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| | (District 08) | | | | | |
| Lopez, Wilfredo * | City Council (District 08) | $0 | $130,614 | $33,284 | 39.10% | 88.80% |
| Reyes, Nicholas * | City Council (District 08) | $40,820 | $40,820 | $9,241 | 50.70% | 95.20% |
| De La Rosa, Carmen | City Council (District 10) | $48,134 | $48,134 | $31,467 | 53.70% | 90.00% |
| Dinowitz, Eric | City Council (District 11) | $161,181 | $161,181 | $61,873 | 49.00% | 56.70% |
| Herbert-Guggenheim, Danielle * | City Council (District 11) | $0 | $47,226 | $11,905 | 53.50% | 93.30% |
| Riley, Kevin | City Council (District 12) | $0 | $108,234 | $49,636 | 50.90% | 79.50% |
| Aldebol, Shirley * | City Council (District 13) | $0 | $48,982 | $24,961 | 43.60% | 90.50% |
| Diaz, David * | City Council (District 13) | $0 | $41,534 | $9,055 | 74.80% | 96.00% |
| Rivera, Joel | City Council (District 13) | $57,532 | $57,532 | $12,285 | 54.70% | 98.80% |

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| Cabrera, Fernando | City Council (District 14) | $76 | $182,104 | $30,346 | 41.70% | 94.60% |
| Hodge Vasquez, Bryan  * | City Council (District 14) | $0 | $111,294 | $18,588 | 34.30% | 92.70% |
| Sanchez, Pierina  † | City Council (District 14) | $0 | $192,534 | $83,701 | 22.50% | 84.80% |
| Ortiz, Antirson  * | City Council (District 17) | $0 | $118,499 | $18,529 | 35.30% | 95.60% |
| Perez Jr., Freddy  * | City Council (District 17) | $0 | $104,044 | $35,316 | 28.70% | 85.00% |
| Sanchez, Justin | City Council (District 17) | $0 | $143,602 | $41,606 | 20.50% | 85.50% |
| Santana, Elvis  * | City Council (District 17) | $5,890 | $170,422 | $37,744 | 28.30% | 87.90% |
| Chou, Benjamin  * | City Council (District 19) | $80,902 | $80,902 | $14,153 | 40.90% | 97.60% |
| Aiken, David  * | City Council (District 21) | $0 | $57,912 | $10,395 | 43.60% | 99.50% |
| Henriquez, Yanna  * | City Council | $0 | $70,262 | $18,294 | 57.50% | 93.40% |

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| | (District 21) | | | | | |
| Montoya, Erycka  * | City Council (District 21) | $760 | $119,677 | $26,743 | 23.20% | 92.70% |
| Navarro, Sandro  * | City Council (District 21) | $0 | $106,651 | $18,979 | 26.00% | 94.80% |
| Thomas-Henry, Shanel  * | City Council (District 21) | $0 | $161,964 | $52,033 | 36.70% | 79.80% |
| Lee, Linda | City Council (District 23) | $0 | $153,832 | $33,306 | 47.80% | 85.30% |
| Krishnan, Shekar † | City Council (District 25) | $0 | $192,534 | $69,136 | 39.80% | 73.50% |
| Pacheco, Ricardo | City Council (District 25) | $0 | $61,584 | $10,135 | 61.80% | 94.40% |
| Hankerson, Tyrell  * | City Council (District 28) | $0 | $186,177 | $48,456 | 33.40% | 82.50% |
| Hitlall, Romeo  * | City Council (District 28) | $0 | $168,689 | $39,897 | 63.00% | 84.00% |
| LeGrand, Latoya  * | City Council (District 28) | $0 | $78,630 | $14,887 | 51.20% | 90.50% |

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| Singh, Japneet * † | City Council (District 28) | $0 | $192,534 | $31,788 | 45.10% | 96.00% |
| Pogozelski, Paul * | City Council (District 30) | $1,710 | $134,444 | $18,740 | 69.60% | 94.60% |
| Smyth, Dermot * | City Council (District 30) | $0 | $156,784 | $77,292 | 32.10% | 71.20% |
| Vaichunas, Alicia * | City Council (District 30) | $0 | $164,540 | $29,250 | 77.10% | 91.90% |
| Wong, Phil * | City Council (District 30) | $138,130 | $138,130 | $22,635 | 41.40% | 95.80% |
| Restler, Lincoln | City Council (District 33) | $192,059 | $192,059 | $74,035 | 58.90% | 67.10% |
| Ashman, Dion * | City Council (District 35) | $4,940 | $150,442 | $32,336 | 52.60% | 71.10% |
| Hudson, Crystal | City Council (District 35) | $0 | $188,686 | $107,152 | 38.20% | 63.70% |
| Osse, Chi | City Council (District 36) | $48,125 | $48,125 | $49,865 | 33.00% | 96.20% |
| Aviles, Alexa † | City Council | $0 | $192,534 | $52,277 | 31.20% | 90.30% |

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| | (District 38) | | | | | |
| Ye, Ling * | City Council (District 38) | $4,712 | $173,660 | $33,303 | 39.80% | 93.50% |
| Hanif, Shahana † | City Council (District 39) | $0 | $192,534 | $82,645 | 46.40% | 87.40% |
| Kornberg, Maya * † | City Council (District 39) | $0 | $192,533 | $77,078 | 45.50% | 83.70% |
| Lynch, Lawman * | City Council (District 41) | $0 | $45,767 | $10,562 | 51.70% | 96.80% |
| Mealy, Darlene | City Council (District 41) | $0 | $63,440 | $16,880 | 67.10% | 91.40% |
| Narcisse, Mercedes † | City Council (District 46) | $0 | $192,500 | $97,947 | 32.20% | 63.90% |
| Willabus, Dimple | City Council (District 46) | $0 | $93,898 | $22,141 | 45.70% | 84.00% |
| Barsamian, Dikran * | City Council (District 47) | $0 | $138,662 | $33,450 | 56.40% | 84.90% |
| Santosuosso, Kayla * | City Council (District 47) | $0 | $186,489 | $43,665 | 39.80% | 81.50% |

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| Sarantopoulos, George  * | City Council (District 47) | $0 | $54,667 | $9,743 | 66.90% | 93.50% |
| Usmanov, Fedir  * | City Council (District 47) | $7,866 | $63,764 | $8,450 | 65.50% | 100.00% |
| Vernikov, Inna | City Council (District 48) | $0 | $85,067 | $17,880 | 46.60% | 83.20% |
| Blas, Sarah  * | City Council (District 49) | $0 | $54,234 | $8,857 | 62.00% | 97.70% |
| Diakhate, Abou  * | City Council (District 49) | $0 | $53,656 | $9,910 | 77.10% | 98.40% |
| Hanks, Kamillah | City Council (District 49) | $475 | $132,325 | $93,130 | 41.30% | 50.60% |
| **All Candidates** | **All Offices** | **$4,402,799** | **$42,914,408** | **$14,940,951** | - | - |

* indicates candidates have not received public funds in a prior election

† indicates that candidate has received the maximum public funds payment

## 2025B POST-ELECTION PUBLIC FUNDS PAYMENTS CHART

| Candidate | Office | Today's Payment | Total Payments to date | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|
| Fossella, Griffin  * | City Council (District 51) | $0 | $192,439 | $55,031 | 38.80% | 73.00% |
| Hagen, Clifford  * | City Council (District 51) | $29,938 | $111,600 | $18,160 | 57.40% | 93.60% |
| Morano, Frank  * | City Council (District 51) | $9,616 | $202,150 | $51,076 | 41.40% | 86.40% |
| **All Candidates** | **All Offices** | **$39,554** | **$506,189** | **$124,268** | - | - |

**Key to the Candidates Receiving Public Funds Payments Table:**

- **Today's Payment:** The amount of public funds paid to the candidate on May 12th.
- **Total Payments to Date:** The total amount of public funds paid to the candidate for the 2025 elections. The maximum public funds payment for each election can be found [here](#).
- **Total Amount Raised:** The total dollar amount raised from individual, organizational, and all other contribution sources, as of March 13th.
- **Percent In-District:** The percent of the number of contributions reported from individual residents in the candidate's council district, as of March 13th, excluding organizational and other contribution sources.
- **Percent Small Donors:** The percent of aggregate contributions from individuals that totaled $250 or less (for candidates for Mayor, Public Advocate, or Comptroller), or $175 or less (for candidates for Borough President or City Council) as of March 13th, excluding organizational and other contribution sources. Aggregate contributions refer to the total dollar value of all contributions reported from a donor. For example, the aggregate contribution from a donor who made two $5 contributions is $10.

Complete information about candidates' fundraising and spending is available on the CFB website, through the [Follow the Money Database](#) and the [Campaign Finance Summary](#).

**2025 PARTICIPATING CANDIDATES NOT RECEIVING PRE-PRIMARY PUBLIC FUNDS PAYMENTS**

The table below lists candidates who are participating in the matching funds program and have filed a disclosure statement with the CFB, but have not yet demonstrated their eligibility for payment, as of today. The table also lists candidates who have declined to accept public funds in today's payment. Explanations of the reasons for ineligibility for payment can be found in the key below.

| Candidate | Office | Reason(s) for Ineligibility |
|---|---|---|
| Adams, Adrienne | Mayor | THR, ERR, MEI |
| Blake, Michael | Mayor | THR, VAR |
| Ramos, Jessica | Mayor | THR |
| Bartholomew, Dr.Selma | Mayor | THR, VAR |
| Kefalas, Peter | Comptroller | THR |
| Maio, Danniel | Comptroller | THR, ERR |
| Malave, Ismael | Comptroller | THR, VAE |
| Parker, Kevin | Comptroller | THR |
| Lara, Jacqueline | City Council (District 03) | THR, VAE, ERR |
| Florczak, Lukas | City Council (District 04) | THR |
| Thompson, Collin | City Council (District 05) | SON, THR |
| Khan, Tiffany | City Council (District 07) | THR, ERR, MEI |
| Colon, Federico | City Council (District 08) | THR, VAE, ERR, MEI |
| Diaz, Rosa | City Council (District 08) | THR, VAR |
| Santana, Raymond | City Council (District 08) | THR |

| Candidate | Office | Reason(s) for Ineligibility |
|---|---|---|
| Perez, John | City Council (District 13) | PFD, SON, THR, TRA, MDS |
| Reets-DuPont, Theona | City Council (District 13) | THR |
| Torres, Jacqueline | City Council (District 13) | THR |
| Joseph, Shakur | City Council (District 16) | THR, VAR, ERR |
| Caruso, Alexander | City Council (District 19) | VAE |
| Wills, Ruben | City Council (District 28) | THR, TRA |
| Robertson, Hector | City Council (District 35) | THR, VAR, VAE |
| Arnwine, Dante | City Council (District 41) | THR |
| Brown, Elijah | City Council (District 41) | THR, TRA, VAE, ERR |
| Cunningham, Bianca | City Council (District 41) | THR |
| Henderson, Jamell | City Council (District 41) | THR, VAE |
| Hinton, Clifton | City Council (District 41) | THR, MDS |
| Thompson, Jammel | City Council (District 41) | THR, VAR, MDS |
| Kagan, Ari | City Council (District 48) | SON, THR |
| Brown, Telee | City Council (District 49) | THR, VAR |
| Buthorn, John | City Council (District 51) | THR |
| Fossella, Griffin | City Council (District 51) | THR |
| Morano, Frank | City Council (District 51) | THR |

**2025B PARTICIPATING CANDIDATES NOT RECEIVING PUBLIC FUNDS PAYMENTS**

| Candidate | Office | Reason(s) for Ineligibility |
|---|---|---|
| Fosella, Griffin | City Council (District 51) | VAR, VAE |

**Ineligibility Reasons Key**

- **COM:** Withholding for non-compliance
- **DPF:** Declined public funds
- **ERR:** High percentage (20% or more) of documentation errors for contributions
- **MDS:** Missing disclosure statement
- **MEI:** Missing employer information for 25% or more of contributions greater than $99
- **NAC:** Not actively campaigning
- **OUT:** Outstanding penalties or repayment obligations from a previous election
- **PFD:** Did not submit personal financial disclosure to COIB before the deadline
- **SON:** Did not submit Statement of Need before the deadline
- **THR:** Did not meet threshold
- **TRA:** Did not complete compliance training before the deadline
- **UNP:** Unopposed
- **VAE:** Variance between reported and documented expenditures greater than 40%
- **VAR:** Variance between reported and documented receipts greater than 10%
- **XPL:** Exceeded expenditure limit

**DISCLOSURE AND PAYMENT CALENDAR**

Candidates in the 2025 New York City elections filed their disclosures with the CFB on March 17th. The above payments are based on campaign financial data provided by this deadline. The next filing disclosure reports are due May 23rd.

**HOW THE CAMPAIGN FINANCE PROGRAM WORKS**

The CFB provides matching funds out of the city's General Fund to qualifying candidates at a rate of $8 for every $1 received from New York City residents, up to the first $175 for donations to City Council candidates and $250 for citywide offices.

To qualify for matching funds, candidates must demonstrate support from within their communities by meeting a two-part fundraising threshold and abide by the other requirements set in the Campaign Finance Act. For instance, to qualify for public funding in City Council races, candidates must raise at least $5,000 from city residents. Only the first $175 contributed per city resident counts towards meeting the threshold. Additionally, City Council candidates must receive at least 75 contributions from residents of the district where they are running. Candidates also must comply with all program rules, including individual contribution limits and a prohibition on collecting contributions from corporations, limited liability companies, and partnerships.

**CANDIDATE SERVICES**

The CFB's Candidate Services staff offers candidates extensive support by providing access to trainings, resources, and one-on-one guidance to help campaigns navigate their disclosure requirements and compliance obligations. For the 2025 elections, the agency published a detailed guidance documents with the payment schedule, requirements, and applicable deadlines for candidates to follow.

**FOLLOW THE MONEY**

More information about the candidates' campaign finance data is available on the CFB website in the Campaign Finance Summary portal. Individual contributions, campaign spending, intermediaries, and independent PAC expenditures are available in the CFB's Follow the Money database.

--30--